VICTORIA L. FRANCIS
Assistant U.S. Attorney
U.S. Attorney's Office
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4633
Fax: (406) 657-6058
Email: victoria.francis@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

DEC 28 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THE ESTATE OF WARREN MEREDITH, KNOWN AND UNKNOWN HEIRS AND DEVISEES OF WARREN MEREDITH, THE ESTATE OF JANE MEREDITH, KNOWN AND UNKNOWN HEIRS AND DEVISEES OF JANE MEREDITH, and YELLOWSTONE COUNTY, a political subdivision of the State of Montana,<br><br>Defendants. | CV 18-123-BLG-SPW<br><br>DEFAULT |

S:\civil\2018V00083\default.docxS:

On December 18, 2018, Plaintiff's counsel filed a Motion for Entry of Default against Defendants, the Estate of Warren Meredith, Known and Unknown Heirs and Devisees of Warren Meredith, the Estate of Jane Meredith, Known and Unknown Heirs and Devisees of Jane Meredith. Defendants have failed to appear or answer Plaintiff's Complaint within the time prescribed by law.

Defendants were duly served with a copy of the Summons and Complaint in this action. However, they have failed to appear, plead, or otherwise defend within the time allowed, and therefore, are now in default.

DATED this 28th day of December, 2018.

TYLER P. GILMAN
Clerk of U.S. District Court

E. Hamres
By: Deputy Clerk

S:\civil\2018V00083\default.docxS: